AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| LUIS RAMOS, an individual, and SONIA RAMOS, an individual, | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.  **14-CV-60097-Rosenbaum/Hunt** |
| ALLIANCE CAS, LLC, a Florida limited liability company, EVAN PHILLIPS, an individual, SCOTT JAFFEE, an individual, and JOHN DOES 1-10, unknown individuals, | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ALLIANCE CAS, LLC, a Florida limited liability company
By Serving: EVAN PHILLIPS, Registered Agent
1000 E. Hallandale Beach Boulevard, B-20
Hallandale Beach, Florida  33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ROBERT W. MURPHY, ESQUIRE
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316

Telephone: (954) 763-8660
Telecopier: (954) 763-8607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **January 15, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| LUIS RAMOS, an individual, and SONIA RAMOS, an individual, | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. **14-CV-60097-Rosenbaum/Hunt** |
| ALLIANCE CAS, LLC, a Florida limited liability company, EVAN PHILLIPS, an individual, SCOTT JAFFEE, an individual, and JOHN DOES 1-10, unknown individuals, | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  EVAN PHILLIPS
1000 E. Hallandale Beach Boulevard, B-20
Hallandale Beach, Florida  33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     ROBERT W. MURPHY, ESQUIRE
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316

Telephone: (954) 763-8660
Telecopier: (954) 763-8607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **January 15, 2014**

Steven M. Larimore
Clerk of Court

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| LUIS RAMOS, an individual, and<br>SONIA RAMOS, an individual,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>ALLIANCE CAS, LLC, a Florida limited liability<br>company, EVAN PHILLIPS, an individual, SCOTT<br>JAFFEE, an individual, and JOHN DOES 1-10,<br>unknown individuals,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  **14-CV-60097-Rosenbaum/Hunt** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCOTT JAFFEE
1000 E. Hallandale Beach Boulevard, B-20
Hallandale Beach, Florida  33009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ROBERT W. MURPHY, ESQUIRE
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316

Telephone: (954) 763-8660
Telecopier: (954) 763-8607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **January 15, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts