**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 14-CV-60097-ROSENBAUM/HUNT**

LUIS RAMOS, an individual, and
SONIA RAMOS, an individual,

       Plaintiffs,

v.

ALLIANCE CAS, LLC, a Florida limited
Liability company, EVAN PHILLIPS, an
individual, SCOTT JAFFEE, an individual,
and JOHN DOES 1-10, unknown individuals,

       Defendants.

_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alliance CAS, LLC states

that it does not have a parent company or any publicly held corporation owning 10% or more of

its stock.

       Respectfully submitted,

       s/ Alison C. Harke
       Alison C. Harke, Esq.
       Florida Bar No. 871291
       aharke@harkeclasby.com
       Howard M. Bushman, P.A.
       Florida Bar No. 0364230
       hbushman@harkeclasby.com
       **HARKE CLASBY & BUSHMAN LLP**
       9699 NE Second Avenue
       Miami Shores, Florida 33138
       Telephone: 305-536-8220
       Telecopier: 305-536-8229

Case No.: 14-CV-60097-ROSENBAUM/HUNT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

s/ Alison C. Harke

Case No.: 14-CV-60097-RSR

- 3 -

## SERVICE LIST

Robert W. Murphy
Florida Bar No. 717223
rphyu@aol.com
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
Telephone (954) 763-8660
Telecopier (954) 763-8607

*Counsel for Plaintiff*

*Served Via CM/ECF Transmission*