UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60097--CIV-MOORE/McALILEY

LUIS RAMOS, an individual, and
SONIA RAMOS, an individual,

    Plaintiffs,

vs.

ALLIANCE CAS, LLC, a Florida limited
liability company, EVAN PHILLIPS, an
individual, SCOTT JAFFEE, an individual,
and JOHN DOES 1-10, unknown individuals,

    Defendants.

_____/

## INTERIM JOINT STATUS REPORT

Plaintiffs, Luis Ramos, an individual, and Sonia Ramos, an individual (collectively "Ramos"), and Defendants, Alliance CAS, LLC, a Florida limited liability company, Evan Phillips, an individual, and Scott Jaffee, an individual (collectively "Alliance CAS"), by and through their respective undersigned attorneys, pursuant to the Scheduling Order and Order of Referral to Mediation entered herein on April 22, 2014 [DE 15], provides the following Interim Joint Status Report:

    **(1).** **Have all defendants been served?  If not, state the reasons.**

    All defendants have been served.

    **(2).** **Have all defendants responded to the complaint?  If not, state the reasons.**

    All defendants have responded to the complaint.

    **(3).** **If this is a class action, has a motion for class certification been filed?  If so,**

      **what is its status?**

      Not applicable.

**(4).**     **Have the parties agreed on and selected a mediator?  Have the parties agreed upon a place, date, and time for mediation?**

      Pursuant to the Notice of Mediation filed herein on July 1, 2014 [DE 22], the parties have agreed to mediate with Charles N. Tetunic at Upchurch Watson White & Max on September 18, 2014 at 10:00 a.m.

**(5).**     **Have the parties engaged in informal settlement negotiations?  If not, explain the reasons for the failure to do so.  If yes, state the status of such negotiations (*e.g.*, ongoing, impasse, etc.) and the relative prospects for resolution through informal means.**

      The parties have had ongoing settlement discussions and believe that mediation will provide a resolution through informal means.

**(6).**     **Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline.  If not, explain the reasons.**

      On April 22, 2014, Plaintiffs served *inter alia* Plaintiffs' First Request for Production of Documents and Plaintiffs' First Set of Interrogatories ("Plaintiffs' Initial Written Discovery").  Defendants have obtained an extension of time to respond to Plaintiffs' Initial Written Discovery through Friday, July 25, 2014.  Additionally, Plaintiffs are in the process of coordinating the depositions of the Defendants during the month of August.  It is believed that discovery will be completed in accordance with the Court's deadline.

**(7).** **Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.**

None.

Dated: July 21, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Robert W. Murphy | /s/Alison C. Harke |
| Robert W. Murphy, Esquire | Alison C. Harke, P.A. |
| Florida Bar No. 717223 | Florida Bar No. 871291 |
| 1212 SE 2nd Avenue | Harke Clasby & Bushman, LLP |
| Fort Lauderdale, FL 33316 | 9699 NE Second Avenue |
| (954) 763-8660 | Miami shores, FL 33138 |
| (954) 763-8607 (FAX) | (305) 536-8220 |
| Email: rwmurphy@lawfirmmurphy.com | (305) 536-8229 (FAX) |
| Counsel for Plaintiffs | Email: aharke@harkeclasby.com |
| | Counsel for Defendants |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Alison C. Harke, Esquire, Harke Clasby & Bushman LLP, 9699 NE Second Avenue, Miami Shores, FL 33138, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy
Attorney