UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
14cv60097
CASE NO.: ~~12-61574~~-CIV-MOORE/McALILEY

LUIS RAMOS, an individual, and SONIA RAMOS,
an individual,

    Plaintiff(s),

vs.

ALLIANCE CAS, LLC, a Florida limited
liability company, EVAN PHILLIPS, an
individual, SCOTT JAFFEE, an individual,
and JOHN DOES 1-10, unknown individuals,

    Defendant(s).
_____/

FILED BY _____ D.C.
SEP 22 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on September 18, 2014. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

✓ All Plaintiffs and their respective trial counsel.
✓ All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

✓ *EXCEPT AS TO ATTORNEY'S FEES -* The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.

___ The parties reached an impasse as to all issues.

___ The parties settled the following issues:

    (a) _____

    (b) _____

The issues remaining to be adjudicated are:

      (c) _____

      (d) _____

\_\_ The case was set for trial on _____ and should be removed from the trial docket.

\_\_ These proceedings have been adjourned and the mediation hearing shall be resumed on _____.

\_\_ The scheduled mediation proceedings herein have been canceled as the parties have announced a settlement.

The Court is further advised the parties have agreed as follows:

_____

_____

## CERTIFICATE OF SERVICE

I hereby certify that on 9/19/14 a copy of the above was sent via Electronic Mail to: **Robert Murphy, Esquire**, rwmurphy@lawfirmmurphy.com; **Alison Harke, Esquire**, aharke@harkeclasby.com.

Respectfully submitted,

/s/ Charles N. Tetunic

Charles N. Tetunic, Mediator
Mediator # 3022R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 954-334-2838
ctetunic@uww-adr.com